IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:11-CV-81344-DTKH

KERRY SACHS, RICHARD MACHT,
AARON GORDON, ADAM PATTERSON,
PAUL RICHARD, RICHARD WAXMAN,
GARY DOTY and BLAKE H. RYAN,
individually and on behalf of all other
similarly situated,

    Plaintiffs,

vs.

BANKERS LIFE AND CASUALTY COMPANY,
a foreign corporation, and SCOTT R. PERRY,
individually and in his capacity as President of
BANKERS Life and Casualty Company,

    Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT

    The parties, by and through undersigned counsel, hereby file their Joint Report Regarding Settlement, and respectfully state as follows:

    1.    In accordance with the Court's January 9, 2012, FLSA Scheduling Order [D.E. #10], counsel for the parties met in person April 20, 2012 to discuss the resolution of this case.

    2.    No settlement was reached; however, the parties wish to engage in a settlement conference before a U.S. Magistrate Judge.

1

Dated this 30th day of April, 2012.	Respectfully submitted,

| | |
|---|---|
| **Alan C. Kauffman & Associates**<br>4400 N. Federal Highway, suite 122<br>Boca Raton, FL 33431<br>Tel.: 561.361.7500<br>Fax: 561.361.7287<br><br>By: */s/ Alan C. Kauffman*<br>    Alan C. Kauffman, Esq.<br>    Florida Bar 495042<br>    E-mail: akauffman@acklawfirm.com<br><br>*Counsel for Plaintiff*<br><br>**The Law Office of Abraham Rappaport**<br>3774 NW 3rd Avenue<br>Boca Raton, FL 33431<br>Tel.:  954.609.5823<br>Fax:  954-697-0916<br><br>By:*/s/ Abraham Rappaport*<br>    Abraham Rappaport, Esq.<br>    Florida Bar 163211<br>    E-mail: rapplaw@yahoo.com<br><br>*Counsel for Plaintiff* | **LITTLER MENDELSON, P.C.**<br>One Biscayne Tower, Suite 1500<br>2 S. Biscayne Boulevard<br>Miami, Florida  33131<br>Phone: 305.400.7500<br>Fax:   305.603.2552<br><br>By: */s/ Patrick G. DeBlasio, III*<br>    Patrick G. DeBlasio, III, Esq.<br>    Florida Bar No.: 0871737<br>    Email: areed@littler.com<br>    Jessica T. Travers, Esq.<br>    Florida Bar No. 0018129<br>    E-mail: jtravers@littler.com<br><br>*Counsel for Defendant* |

Firmwide:110987951.1 054835.1254

2