IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:11-CV-81344-DTKH

KERRY SACHS, RICHARD MACHT,
AARON GORDON, ADAM PATTERSON,
PAUL RICHARD, RICHARD WAXMAN,
GARY DOTY and BLAKE H. RYAN,
individually and on behalf of all other
similarly situated,

    Plaintiffs,

vs.

BANKERS LIFE AND CASUALTY COMPANY,
a foreign corporation, and SCOTT R. PERRY,
individually and in his capacity as President of
BANKERS Life and Casualty Company,

    Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT SCOTT R. PERRY**

    The parties hereby file this Joint Stipulation Dismissal of Defendant Scott R. Perry, under Federal Rule of Civil Procedure 41.  The parties hereby jointly stipulate that the above matter against Defendant Scott R. Perry be dismissed, with each party to bear its own fees and costs.

    WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing Defendant Scott R. Perry.

Dated this 11th day of May 2012.                        Respectfully submitted,

| | |
|---|---|
| **Alan C. Kauffman & Associates**<br>4400 N. Federal Highway, suite 122<br>Boca Raton, FL 33431<br>Tel.:  561.361.7500<br>Fax: 561.361.7287<br><br>By: */s/ Alan C. Kauffman*<br>     Alan C. Kauffman, Esq.<br>     Florida Bar 495042<br>     E-mail: akauffman@acklawfirm.com<br><br>**The Law Office of Abraham Rappaport**<br>3774 NW 3rd Avenue<br>Boca Raton, FL 33431<br>Tel.:  954.609.5823<br>Fax:  954-697-0916<br><br>By:*/s/ Abraham Rappaport*<br>     Abraham Rappaport, Esq.<br>     Florida Bar 163211<br>     E-mail: rapplaw@yahoo.com<br><br>     *Counsel for Plaintiffs* | **LITTLER MENDELSON, P.C.**<br>One Biscayne Tower, Suite 1500<br>2 S. Biscayne Boulevard<br>Miami, Florida  33131<br>Phone: 305.400.7500<br>Fax:   305.603.2552<br><br>By: */s/ Patrick G. DeBlasio, III*<br>     Patrick G. DeBlasio, III, Esq.<br>     Florida Bar No.: 0871737<br>     Email: areed@littler.com<br>     Jessica T. Travers, Esq.<br>     Florida Bar No. 0018129<br>     E-mail: jtravers@littler.com<br><br>     *Counsel for Defendants* |

Firmwide:111535461.1 054835.1254